**Order entered March 24, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01054-CR

**LAWAN NAVAIL FISHER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 3**
**Dallas County, Texas**
**Trial Court Cause No. F11-56688-J**

## ORDER

On March 12, 2014, this Court ordered Kimberly Xavier, official court reporter of the Criminal District Court No. 3, to file a supplemental record containing State's Exhibit nos. 5 and 6. To date, Ms. Xavier has not filed the supplemental record containing the exhibits.

Accordingly, we **ORDER** Kimberly Xavier to file, within **TEN DAYS** of the date of this order, a supplemental record containing State's Exhibit nos. 5 and 6. If the exhibits are not filed within the time specified, the Court will utilize the available remedies to obtain the exhibits, including ordering that Ms. Xavier not sit as a court reporter until she has filed the exhibits in this case.

We **DIRECT** the Clerk to send copies of the order, by electronic transmission, to the Honorable Gracie Lewis, Presiding Judge, Criminal District Court No. 3; Kimberly Xavier, official court reporter, Criminal District Court No. 3; and to counsel for all parties.

/s/    DAVID EVANS
JUSTICE